# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-4310

**Case Name** Garcia, et al. v. Albarran, et al.

**Counsel submitting this form** Luz Maria Restrepo

**Represented party/parties** SERGIO ALBARRAN, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

This case arises from recent Guidance issued by ICE and EOIR concerning civil immigration arrests and hold facilities. The Guidance is collectively the following: (1) DHS, ICE, Civil Immigration Enforcement Actions In or Near Courthouses, Policy Number: 11072.4 (May 27, 2025); (2) EOIR, Policy Memorandum 25-06 (Jan. 28, 2025); and (3) DHS, ICE, Nationwide Hold Room Waiver (June 24, 2025).

Plaintiffs-Appellees challenged the Guidance under the Administrative Procedure Act ("APA") alleging that the Guidance was arbitrary, capricious, and contrary to law. On June 23, 2026, the district court granted Plaintiffs-Appellees' motions for final class certification and partial summary judgment as to their APA claims, and vacated the Guidance. On June 30, 2026, the district court entered judgment pursuant to Rule 54(b) on its June 23, 2026, Order. Defendants-Appellants appealed this decision.

The main issues on appeal are the following:

(1) Whether the District Court lacked authority to vacate the challenged Guidance nationwide;

(2) Whether the challenged Guidance is final agency action and reviewable under the APA;

*Briefly describe the result below and the main issues on appeal.*

(3) Whether Plaintiffs-Appellees have another adequate remedy which precludes review of their claims concerning the Nationwide Hold Room Waiver Guidance under the APA;

(4) Whether the challenged Guidance is committed to agency discretion and thus not reviewable under the APA; and

(5) Whether the challenged Guidance is arbitrary and capricious under the APA.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Plaintiffs' constitutional claims concerning conditions of confinement at 630 Sansome remain pending in the district court. There is currently ongoing discovery concerning the conditions at the holding facility 630 Sansome, San Francisco, CA prior to the district court's preliminary injunction order of November 25, 2025 (ECF 138) and the agency's compliance with that order.

**Signature** s/Luz Maria Restrepo **Date** 8/25/2026

*(use* "s/[typed name]" *to sign electronically-filed documents)*